# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

In re:

**The name of the Debtor**

Salvador E Rosello

Debtor

Case No: # 07-11103-mg

## Designation of Items to be Included in the Record on Appeal
## and Statement of Issues on Appeal

*Salvador E. Rosello*

Pursuant to Bankruptcy Rule 8006, appellant *(John Doe your name)* hereby

designates the following items to be included in the record on the appeal and sets forth as

follows a statement of the issues to be presented on appeal of the above-referenced case

from the order of the United States Bankruptcy Court for the Southern District of New

York, Honorable *Honorable Martin Glenn (the name of the Judge who signed the Order)*, dated *(the date the 07/23/07 Order was signed)*:

### Designation of Contents of Record

**PLEASE LIST THE DOCUMENTS THAT YOU WISH TO USE IN SUPPORT OF**

**YOUR ARGUMENT ON APPEAL. LIST EACH DOCUMENT SEPARATELY.**

all Documenting inside
Bankrupcy Petition #07-11103-mg
all Pictures included
all other documents on file after
the date 07/24/07

up to date 07/24/07

FILED 2007 AUG -9 U.S. BANKRUPTCY COURT S.D.N.Y.

**Statement of Issues To Be Presented On Appeal**

**PLEASE LIST EACH OF THE ISSUES YOU WISH TO PRESENT ON APPEAL**

**TO THE JUDGE AT THE UNITED STATES DISTRICT COURT**

I need someone to look closely at my case
I am serching for Justice and a level Playing field

DATE:

Your signature

Your name

Your address 78 Reade St

Your phone number

(1)

1. - I am a victim of Predatory Lending
2. - Mortage Companies Conspired or were negligent on their due diligence duties
3. - I am a victim of Banking laws Fraud
4. - I am a victim of Identity Theft
5. - I am a victim of Fraudulent-False Appraisals, that were later OKed by Mortgage companies
6. - I am a victim of RICO type conspiracy all of the Buyers of the Mortage of termarket are the same with different names.
(next Page →)

Next Page ⟶ ②

7.- all the checks and Balances
in Place, were ignored in
an Industry wide Conspiracy
to Rob and impovirsh the
People that least could afford it.
the Sub-Prime Loan (Lier Loans).
Scandal, now approaching
Global effects why is my
case not heard?
Is it due to my Pro Se Status?

8.- I am a Victim of total
Destruction of my GOO D
CREDIT it was 763 Fico
Basically that was all I had!
Thank You
and Please Forgive my
Ranting I Really Did
not want to be Here Now!
Salvator Roulle

