UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE SALVADOR E. ROSILLO,
                Debtor.
------------------------------------------------------------X
SALVADOR E. ROSILLO,
                Appellant,            07 **CIVIL** 7872 (DC)

   -against-                           **JUDGMENT**

JOHN S. PEREIRA,
                Appellee.              **SCANNED**
------------------------------------------------------------X

       Appellant having appealed from a July 23, 2007 Order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Denny Chin, United States District Judge, and the Court, on March 19, 2008, having rendered its Order affirming the July 23, 2007 order denying the motion to reopen the bankruptcy case, without costs, and denying the request for a TRO, it is,

       **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 19, 2008, the July 23, 2007 order denying the motion to reopen the bankruptcy case is affirmed, without costs, and the request for a TRO is denied; accordingly, the case is closed.

**Dated:** New York, New York
           March 27, 2008

                                                        **J. MICHAEL McMAHON**
                                                             **Clerk of Court**
                              BY:
                                                              **Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____